IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-160-M

| | |
|---|---|
| STEVEN R. WILLIAMSON and ALVIS G. SPEIGHT, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) )     ORDER |
| GERALD BAKER, *Sheriff of Wake County, in his official capacity*, | ) ) ) ) ) |
| Defendant. | ) ) |

This matter is before the court on the parties' joint motion to amend the scheduling order. [DE-34]. For good cause shown, the motion is allowed and the deadlines are amended as follows:

1. All discovery and mediation shall be completed no later than **June 13, 2022**;

2. All potentially dispositive motions shall be filed no later than **July 15, 2022**; and

3. The final pretrial conference is set for **November 29, 2022**, and the trial is set for the **December 13, 2022** term of court before Chief United States District Judge Richard E. Myers II in Wilmington, North Carolina. If the trial and/or pretrial conference dates create conflicts for any party, the court will entertain motions to continue, and the date(s) may be changed as needed depending on the court's and parties' schedules.

The provisions of the scheduling order not modified herein remain in effect.

SO ORDERED, the 28th day of February, 2022.

Robert B. Jones, Jr.
United States Magistrate Judge