IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CV-00160-M

| | |
|---|---|
| STEVEN R. WILLIAMSON and ALVIS G. SPEIGHT, <br><br>  Plaintiffs, <br><br> v. <br><br> GERALD BAKER, SHERIFF OF WAKE COUNTY, in his official capacity, <br><br>  Defendant. | ORDER |

This matter comes before the court on Defendant's motion to seal [DE 108] and Plaintiffs' motion to seal [DE 126]. For good cause shown, those motions are GRANTED. The Clerk of Court is directed to maintain Docket Entries 106, 107, and 125 under seal until further order of the court. Further, the parties should be prepared to present argument as to certain matters under seal at the pretrial conference.

SO ORDERED this 1st day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE